# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.B., by and through MONICA BONELLO,<br><br>Plaintiff,<br><br>v.<br><br>FRUITVALE SCHOOL DISTRICT, et al.,<br><br>Defendants. | 1: 18-CV-01626 LJO JLT<br><br>SCHEDULING ORDER (Fed. R. Civ. P. 16)<br><br>Pleading Amendment Deadline: 4/30/2019<br><br>Administrative Record Deadlines:<br>    Lodged: 3/15/2019<br>    Objections to record: 4/5/2019<br><br>Discovery Cut-Off: 7/1/2019<br><br>Non-Dispositive Motion Deadlines:<br>    Filing: 7/8/2019<br>    Hearing: 8/5/2019<br><br>Appeal from Administrative Decision:<br>    Plaintiff's Brief: 8/12/2019<br>    Defendant's response: 9/9/2019<br>    Reply brief: 9/30/2019<br>    Hearing/Bench Trial: 11/26/2019 |

**I.** **Date of Scheduling Conference**

February 25, 2019.

**II.** **Appearances of Counsel**

Diane Weissburg appeared on behalf of Plaintiff.

Darren Bogie appeared on behalf of Defendants.

1

### III. Pleading Amendment Deadline

Any requested pleading amendments are ordered to be filed, either through a stipulation or motion to amend, no later than **April 30, 2019**.

### IV. Administrative Record

Defendant **SHALL** lodge the administrative record no later than **March 15, 2019**. Defendant need not provide a courtesy paper copy but **SHALL** provide a searchable electronic copy to the chambers of Judge O'Neill. Objections to the record **SHALL** be filed no later than **April 5, 2019.**

No objections or motion to supplement shall be filed without the prior approval of the assigned Magistrate Judge. If there is a dispute over the contents of the administrative record, the objecting party **SHALL** confer with the opposing party in a good faith effort to resolve the issues in dispute. If that good faith effort is unsuccessful, the objecting party **SHALL** promptly seek a telephonic hearing with all involved parties and the Magistrate Judge. It is the obligation of the objecting party to arrange and originate the conference call to the Court. To schedule this telephonic hearing, the parties are ordered to contact Courtroom Deputy Clerk, Susan Hall at (661) 326-6620 or via email at SHall@caed.uscourts.gov.

### V. Discovery

The parties are ordered to exchange the initial disclosures required by Fed. R. Civ. P. 26(a)(1) on or before **March 8, 2019**.

The parties are ordered to complete all discovery pertaining on or before **July 1, 2019**.

### VI. Pre-Trial Motion Schedule

#### A. Non-dispositive motions

All non-dispositive pre-trial motions, including any motions to augment the record[1], shall be filed no later than **July 8, 2019**, and heard on or before **August 5, 2019**. Non-dispositive motions are heard before the Honorable Jennifer L. Thurston, United States Magistrate Judge at the United States Courthouse in Bakersfield, California.

No written motions shall be filed without the prior approval of the assigned Magistrate Judge.

---

[1] The parties may file their motion to augment the record either along with the briefing related to whether discovery should be allowed or by the dates set forth here.

A party with a discovery dispute must first confer with the opposing party in a good faith effort to resolve by agreement the issues in dispute. If that good faith effort is unsuccessful, the moving party promptly shall seek a telephonic hearing with all involved parties and the Magistrate Judge. It shall be the obligation of the moving party to arrange and originate the conference call to the court. To schedule this telephonic hearing, the parties are ordered to contact Courtroom Deputy Clerk, Susan Hall at (661) 326-6620 or via email at SHall@caed.uscourts.gov. **Counsel must comply with Local Rule 251 with respect to discovery disputes or the motion will be denied without prejudice and dropped from calendar.**

In scheduling such motions, the Magistrate Judge may grant applications for an order shortening time pursuant to Local Rule 144(e). However, if counsel does not obtain an order shortening time, the notice of motion must comply with Local Rule 251. Counsel may appear and argue non-dispositive motions via CourtCall.

    **B.    Merits briefing**

Plaintiff's brief on the merits SHALL be filed no later than **August 12, 2019**. Defendant's responsive brief SHALL be filed no later than **September 9, 2019**. Any reply by Plaintiff SHALL be filed on or before **September 30, 2019**.

**VII.    Trial/Hearing Date**

**November 26, 2019** at 8:30 a.m. in Courtroom 4 before the Honorable Lawrence J. O'Neill, United States District Court Judge.

    A.    This is a bench trial.

    B.    Counsels' Estimate of Trial Time: 1 day.

    C.    Counsel **SHALL** file a joint trial/hearing status statement no later than **October 29, 2019**, indicating whether either party intends to present live testimony.

    D.    Counsels' attention is directed to Local Rules of Practice for the Eastern District of California, Rule 285.

**VIII.    Compliance with Federal Procedure**

All counsel are expected to familiarize themselves with the Federal Rules of Civil Procedure and the Local Rules of Practice of the Eastern District of California, and to keep abreast of any

amendments thereto. The Court must insist upon compliance with these Rules if it is to efficiently handle its increasing case load and sanctions will be imposed for failure to follow both the Federal Rules of Civil Procedure and the Local Rules of Practice for the Eastern District of California.

### IX. Effect of this Order

The foregoing order represents the best estimate of the court and counsel as to the agenda most suitable to dispose of this case. The trial date reserved is specifically reserved for this case. If the parties determine at any time that the schedule outlined in this order cannot be met, counsel are ordered to notify the court immediately of that fact so that adjustments may be made, either by stipulation or by subsequent status conference.

**The dates set in this order are firm and will not be modified absent a showing of good cause even if the request to modify is made by stipulation. Stipulations extending the deadlines contained herein will not be considered unless they are accompanied by affidavits or declarations, and where appropriate attached exhibits, which establish good cause for granting the relief requested.**

Failure to comply with this order may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated: **February 25, 2019**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE