**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| B.B., by and through MONICA BONELLO, | Case No.: 1:18-cv-01626- LJO - JLT |
| Plaintiff, | ORDER AFTER NOTICE OF SETTLEMENT |
| v. | (Doc. 19) |
| FRUITVALE SCHOOL DISTRICT, et al. | |
| Defendants. | |

The parties have notified the Court that they have entered into a contingent settlement. (Doc. 19) In doing so, they did not address whether the settlement must be approved by the Court. Thus, the Court order the parties to file a joint report detailing why they believed they did not need the Court's approval (Doc. 21). Rather than doing so, the plaintiff filed the petition for approval of the minor's compromise (Doc. 22). Thus, the Court **ORDERS**:

     1.    All pending deadlines, conferences and hearings are **VACATED**;

     2.    All other requests set forth in the "Notice of Joint Application Vacate Dates" (Doc. 19) is DENIED at this time, though they may be considered along with the petition for approval of the minor's compromise.

IT IS SO ORDERED.

Dated: __July 31, 2019__                 **/s/ Jennifer L. Thurston**
                                       UNITED STATES MAGISTRATE JUDGE