**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

* * * * *

| | |
|---|---|
| B.B., Student, by and through his educational rights holder and mother, M.B.,<br><br>Plaintiff,<br><br>v.<br><br>FRUITVALE SCHOOL DISTRICT and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 18-cv-01626-LJO-JLT<br><br>**ORDER GRANTING COMPROMISE OF CLAIM OF MINOR**<br><br>(ECF No. 22.) |

Plaintiff B.B. filed this lawsuit seeking attorneys' fees from Defendant Fruitvale School District. The parties have settled this action, pending approval of this Court of the minor's compromise. The Court, having reviewed the Petition for Approval of Compromise of Claim of Minor, and good cause appearing therefor, the Petition is GRANTED and the settlement is APPROVED IN FULL.

IT IS SO ORDERED.

Dated: **August 20, 2019**

**/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE