WEISSBURG LAW FIRM
DIANE B. WEISSBURG (SBN 237136)
JERRY A. WEISSBURG (SBN 086729)
12240 Venice Blvd., Ste. 22
Los Angeles, CA 90066
Telephone: (310) 390-0807
Facsimile: (310) 390-0560
Email: dbw_law@msn.com
   Attorneys for Plaintiff B.B.

SCHOOLS LEGAL SERVICE
Darren J. Bogié (SBN 183773)
Lead Counsel to be Served
Christina J. Oleson (SBN 283237)
Counsel to be Noticed
1300 17th Street, 7th Floor (93301)
P.O. Box 2445
Bakersfield, CA 93303
Telephone: (661) 636-4830
Email: sls@kern.org
   Attorneys for Defendant Fruitvale School District

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

* * * * *

| | |
|---|---|
| B.B., Student, by and through his educational rights holder and mother, M.B., <br><br> Plaintiff, <br><br> v. <br><br> FRUITVALE SCHOOL DISTRICT and DOES 1-100, inclusive, <br><br> Defendants. | Case No. 18-cv-01626-LJO-JLT <br><br> **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE; AND ORDER THEREON** |

      The parties, Plaintiffs B.B., Student, by and through his educational rights holder and mother, M.B and Defendants FRUITVALE SCHOOL DISTRICT and DOES 1-100, inclusive,

through their respective attorneys stipulate under Federal Rules of Civil Procedure Rule 41(a)(1)(ii) as follows:

The parties requested that this Court retain jurisdiction in this matter until the payment of attorneys' fees and costs had been provided to Student's attorneys. [ECF 19.] Pursuant to the Court's order, Counsel submitted the Petition for Approval. [ECF 22.] The Court, Honorable Jennifer Thurston, issued an Order on July 31, 2019, that vacated all pending dates. [ECF 23.]

Full payment of attorneys' fees and costs have been issued in the above action, and the funds have cleared the financial institution. Defendants have now complied with all requirements of the Settlement Agreement. As there are no pending matters that require the Court's intervention, it is respectfully requested that the Court dismiss Case No.18-cv-01626-LJO-JLT with prejudice.

IT IS SO STIPULATED.

Dated: _____, 2019  WEISSBURG LAW FIRM

By_____
    DIANE B. WEISSBURG
    Attorneys for Plaintiff

Dated: _____, 2019  SCHOOLS LEGAL SERVICE

By_____
    CHRISTINA J. OLESON
    Attorneys for Defendant

## ORDER

Federal Rules of Civil Procedure Rule 41 permits the plaintiff to dismiss an action without a court order "by filing . . . a stipulation of dismissal signed by all parties who have appeared." (F.R.C.P. Rule 41(a)(1)(A)(ii).) All parties who have appeared have signed a joint stipulation of dismissal in accordance with Federal Rules of Civil Procedure Rule 41.

Accordingly, Case No.18-cv-01626-LJO-JLT is hereby dismissed in its entirety with prejudice.

IT IS SO ORDERED.

Dated: **August 20, 2019**     /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE